*Notice: This opinion is subject to formal revision before publication in the Atlantic and Maryland Reporters. Users are requested to notify the Clerk of the Court of any formal errors so that corrections may be made before the bound volumes go to press.*

## DISTRICT OF COLUMBIA COURT OF APPEALS

FILED 06/01/2017
District of Columbia
Court of Appeals

Julio Castillo
Clerk of Court

No. 17-BG-328

IN RE G. PAUL HOWES, Petitioner.

A Disbarred Member of the Bar of the                          **2017 DDN 15**
District of Columbia Court of Appeals

Bar Registration No.  434709

BEFORE: Glickman and Thompson, Associate Judges, and Nebeker,[*] Senior Judge.

### ORDER
(Filed – June 1, 2017)

On consideration of Disciplinary Counsel's report regarding petitioner's petition for reinstatement wherein Disciplinary Counsel informs the court that Mr. Howes has demonstrated that he is fit to resume the practice of law, and it appearing that petitioner is eligible to file the petition for reinstatement, *see In re Howes*, 52 A.3d 1 (D.C. 2012); *In re Howes*, 39 A.3d 1 (D.C. 2012), it is

ORDERED that petitioner's petition for reinstatement is granted.  It is

---

[*]  Judge Nebeker would deny the motion to reinstate. Mr. Howes violated a most sacred code as an Assistant United States Attorney for which, in my view, there is no redemption.  The gravamina of his misconduct should be held as an example to all AUSAs that what he did will, for his lifetime, be a bar to reinstatement.  For a former AUSA this would not be excessive.  It would be justice.

**No. 17-BG-328**

FURTHER ORDERED that G. Paul Howes is hereby reinstated to the Bar of the District of Columbia.

**PER CURIAM**